AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Larry Lorenzo Jones | ) |
| a/k/a Johnny Lorenzo Williams | ) Case No: 3:88-cr-215-J-12HTS |
|  | ) USM No: 08998-018 |
| Date of Previous Judgment: July 18, 1989 | ) Lynn Palmer Bailey, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons     the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion.

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  360 months  months is reduced to  262 months or time served, whichever is greater*  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  41         Amended Offense Level:  39
Criminal History Category:  I         Criminal History Category:  I
Previous Guideline Range:  324  to  405  months    Amended Guideline Range:  262  to  327  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
x  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  Other (explain):

Continued on page 2.

Larry Lorenzo Jones
Case No. 88-cr-215-J-12HTS                                                Page 2 of 2

### III. ADDITIONAL COMMENTS

U.S.S.G. 1B1.10(b)(2)(C) states that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

The parties in this case have stipulated that the Defendant is eligible for a sentence reduction and that his sentenced be reduced to a term of 262 months or time served, whichever is greater. See Doc. 1914.

Pursuant to the request of the United States, the Court has delayed the effective date of this Order for ten (10) days to allow the Bureau of Prisons sufficient time to comply with various pre-release statutory requirements and to the extent possible, establish a release plan for the Defendant, if needed.

*The Defendant was sentenced to concurrent sentences of 360 months imprisonment on each of Counts 1 and 4 of the Indictment. The sentence reduction likewise applies to each of Counts 1 and 4 and the sentences remain concurrent.

Except as provided above, all provisions of the judgment dated   7/18/89   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   June 25, 2008                          Howell W. Melton
                                                         Judge's signature

Effective Date:   July 5, 2008                    Howell W. Melton, Senior U.S. District Judge
          (if different from order date)                  Printed name and title

Copies to:
Defendant Larry Lorenzo Jones, FCI Terminal Island
AUSA (Henry)
AFPD (Bailey)
USPO (Carter)
Bureau of Prisons (via e-Designate system and U.S. mail)